Bert Hawkins, Amos Ellis, and Joe Warren, Plaintiffs-Appellees, v. Dan Guerdon et al., Defendants-Appellants.

Term No. 53-O-5. 

Irving M. Wiseman, and Charles H. Jungels, for appellants; Frank M. Summers, and Louie F. Orr, for appellees; William W. Brooks, of counsel.
Opinion by JUSTICE BARDENS. Not to be published in full. Opinion filed November 4, 1953; released for publication November 25, 1953.